1074

No. 93–848. STANDARD FIRE INSURANCE CO. *v.* BURNABY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–853. ROWLAND *v.* KINGMAN. Sup. Jud. Ct. Me. Certiorari denied.

No. 93–872. SMITH *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–884. PECK *v.* TEGTMEYER. C. A. 4th Cir. Certiorari denied.

No. 93–885. ALVAREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–886. FLORES ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–909. LONG ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–917. KEELS *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–918. DEMOCRATIC CENTRAL COMMITTEE OF THE DISTRICT OF COLUMBIA ET AL. *v.* WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–922. DEMARTINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–925. GOLDBECKER ET AL. *v.* FAIRFAX COUNTY ECONOMIC DEVELOPMENT AUTHORITY ET AL. Sup. Ct. Va. Certiorari denied.

No. 93–5691. MARTINEZ-MANCILLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5724. RILES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–5812. RIVERS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–5835. BOTELLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.